UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONOCOPHILLIPS COMPANY, a )
Delaware Corporation, )
) No.  C10-0624 BZ
)
)
       Plaintiff(s), )
)
  v. )
) **ORDER RESCHEDULING CASE**
INTERNATIONAL MARINE FUELS ) **MANAGEMENT CONFERENCE**
GROUP, INC., a California )
Corporation, and ROBERT )
FALCHE, an individual and )
personal guarantor. )
)
)
       Defendant(s). )
)
_____)

In view of plaintiff's case management report, **IT IS HEREBY ORDERED** that the case management conference currently scheduled for June 7, 2010 is **continued** to **Monday, August 9, 2010 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff shall serve a copy of this Order on defendant.

Dated: May 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CONOCOPHILLIPS V. MARINE FUELS\ORDER CONTINUING CMC.wpd

1