| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|   | ADAM FRIEDENBERG, Bar No. 205778 |
| 2 | LUCAS V. MUÑOZ, Bar No. 254900 |
|   | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 5 | Email: afriedenberg@glynnfinley.com |
|   |         lmunoz@glynnfinley.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | ConocoPhillips Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation, | Case No. C10-00624 BZ |
| Plaintiff, | **PLAINTIFF CONOCOPHILLIPS COMPANY'S CASE MANAGEMENT REPORT** |
| vs. | |
| INTERNATIONAL MARINE FUELS GROUP, INC., a California corporation, and ROBERT FALCHE, an individual and personal guarantor, | Date:  August 9, 2010<br>Time:  4:00 p.m.<br>Place:  Courtroom G, 15th Floor, SF |
| Defendants. | |

The court clerk has entered the default of both defendants.  Plaintiff will file a motion for entry of default judgment by July 30, 2010.

Dated:  July 26, 2010

The case management conference set for August 9, 2010 is continued to November 15, 2010 4:00 p.m. Case management statement shall be filed by November 8, 2010.

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
LUCAS V. MUÑOZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596


By     /s/ Adam Friedenberg
        Attorneys for Defendant
        ConocoPhillips Company

Date: 7/27/10

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

- 1 -
CONOCOPHILLIPS COMPANY'S CASE MANAGEMENT REPORT